In the Matter of the Arbitration between DAVID MINKIN et al., Respondents, and JOHN HALPERIN, Appellant.

Argued May 22, 1952; decided June 6, 1952.

*Arthur G. Warner* and *James E. Birdsall* for appellant.
*John P. McGrath* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DYE and FROESSEL, JJ. DESMOND and FULD, JJ., dissent and vote to reverse the order appealed from and to dismiss the petition, with costs, on the ground that sufficient appears in the papers to show an issue of fact, triable by the arbitrators, as to the existence of a valid release. Not sitting: CONWAY, J.